UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20453 CR-GRAHAM

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)          / TORRES
21 U.S.C. § 853



FILED by _____ D.C.
JUN 17 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA.

UNITED STATES OF AMERICA

v.

JOEL MERCED-PEREZ,
JOSE JAVIER SOTO ESQUIJAROSA,
ANTHONY GARCIA,
GIOVANNI MORALES,
and
NELSON RAMIREZ,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about December 15, 2009, continuing through on or about May 19, 2010, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendants,

JOEL MERCED-PEREZ,
JOSE JAVIER SOTO ESQUIJAROSA,
ANTHONY GARCIA,
GIOVANNI MORALES,
and
NELSON RAMIREZ,

did knowingly and intentionally combine, conspire, confederate, and agree with each other, L.C., and others unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in



violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved more than one hundred (100) kilograms of marijuana.

## COUNT 2

On or about April 23, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JOEL MERCED-PEREZ,
JOSE JAVIER SOTO ESQUIJAROSA,
and
NELSON RAMIREZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved less than fifty (50) kilograms of marihuana.

## FORFEITURE ALLEGATIONS

1. The allegations set forth in Counts 1 and 2 are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendants have an interest.

2. Upon conviction of any of the offenses charged in the Indictment, the defendants, **JOEL MERCED-PEREZ, JOSE JAVIER SOTO ESQUIJAROSA, ANTHONY GARCIA, GIOVANNI MORALES, and NELSON RAMIREZ,** shall forfeit to the United States (1) any property used or intended to be used to commit or facilitate such violation and (2) any property

constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violation, pursuant to Title 21, United States Code, Section 853.

3. Pursuant to Title 21, United States Code, Section 853(p), if any of the forfeitable property, or any portion thereof, as a result of any act or omission by the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, or sold to, or deposited with a third party;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of other property of the defendants up to the value of the above-described forfeitable property.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BRIAN DOBBINS
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| JOEL MERCED-PEREZ, et al., | |
| Defendants. ____/ | Superseding Case Information: |

**Court Division**: (Select One)

| | | | | | New Defendant(s) | Yes ____ No ____ |
|---|---|---|---|---|---|---|
| X | Miami | ___ | Key West | | Number of New Defendants | ____ |
| ___ | FTL | ___ | WPB | ___ FTP | Total number of counts | ____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __Yes__
   List language and/or dialect __Spanish__

4. This case will take __3-5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | __X__ | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | __X__ |
   | V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes __X__ No

_____
BRIAN DOBBINS
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501182

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: JOEL MERCED-PEREZ

Case No: _____

Count #: 1

Conspiracy to possess with intent to distribute more than one hundred kilograms of marijuana

Title 21, United States Code, Section 846

* Max.Penalty:     40 years' imprisonment

Count #: 2

Possession with intent to distribute less than fifty kilograms of marihuana

Title 21, United States Code, Section 846

* Max.Penalty:     5 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.