UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20453-CR-GRAHAM

UNITED STATES OF AMERICA,

vs.

GIOVANNI MORALES
                    Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _83362-004_

Language: _English_

    The above-named Defendant appeared before **Magistrate Judge CHRIS M. McALILEY,** where the Defendant was arraigned and a plea of not guilty was entered.  Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.**  The following information is current as of this date:

Defendant:

Defense Counsel:

Address: _In custody_

Tel. No:_____

Name    :_____

Address:_____

_____

Tel. No:_____

Bond Set/Continued:  $ 150,000 CSB W/NEBBIA

Dated this 1st day of July, 2010.

STEVEN LARIMORE, CLERK

BY___Nancy Flood_____
         Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 10H-_____
DIGITAL START NO._____