UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-20453-CR-GRAHAM

UNITED STATES OF AMERICA

vs.

GIOVANNI MORALES,
        Defendant.
_____/

## PLEA AGREEMENT

The United States of America and Giovanni Morales (hereinafter referred to as the "defendant") enter into the following agreement:

1. The defendant agrees to plead guilty to Count 1 of the indictment, which charges the defendant with Conspiracy to Possess a Controlled Substance With the Intent to Distribute in violation of Title 21, United States Code, Section 846.

2. The defendant is aware that the sentence will be imposed by the court after considering the Federal Sentencing Guidelines and Policy Statements (hereinafter "Sentencing Guidelines"). The defendant acknowledges and understands that the court will compute an advisory sentence under the Sentencing Guidelines and that the applicable guidelines will be determined by the court relying in part on the results of a Pre-Sentence Investigation by the court's probation office, which investigation will commence after the guilty plea has been entered. The defendant is also aware that, under certain circumstances, the court may depart from the advisory sentencing guideline range that it has computed, and may raise or lower that advisory sentence under the Sentencing Guidelines. The defendant is further aware and understands that the court is required to consider the advisory guideline range determined under the Sentencing Guidelines, but is not bound to impose that

sentence; the court is permitted to tailor the ultimate sentence in light of other statutory concerns, and such sentence may be either more severe or less severe than the Sentencing Guidelines' advisory sentence. Knowing these facts, the defendant understands and acknowledges that the court has the authority to impose any sentence within and up to the statutory maximum authorized by law for the offenses identified in paragraph 1 and that the defendant may not withdraw the plea solely as a result of the sentence imposed.

3. The defendant also understands and acknowledges that, as to Count 1, the court must impose a statutory mandatory minimum sentence of five years' imprisonment and may impose a statutory maximum term of up to forty years' imprisonment. Should the court impose a term of imprisonment, the court must also impose a statutory minimum term of supervised release of four years and may impose a maximum term of supervised release of life. In addition to a term of imprisonment and supervised release, as to Count 1, the court may impose a fine of up to $2,000,000.

4. The defendant further understands and acknowledges that, in addition to any sentence imposed under paragraph 3 of this agreement, a special assessment in the amount of $100 will be imposed on the defendant. The defendant agrees that any special assessment imposed shall be paid at the time of sentencing.

5. The Office of the United States Attorney for the Southern District of Florida (hereinafter "Office") reserves the right to inform the court and the probation office of all facts pertinent to the sentencing process, including all relevant information concerning the offenses committed, whether charged or not, as well as concerning the defendant and the defendant's background. Subject only to the express terms of any agreed-upon sentencing recommendations contained in this agreement,

2

or the probation office, is a prediction, not a promise, and is not binding on the government, the

probation office or the court.  The defendant understands further that any recommendation that the

government makes to the court as to sentencing, whether pursuant to this agreement or otherwise,

is not binding on the court and the court may disregard the recommendation in its entirety.  The

defendant understands and acknowledges,  as previously acknowledged in paragraph 2 above, that

the defendant may not withdraw his plea based upon the court's decision not to accept a sentencing

recommendation made by the defendant, the government, or  a  recommendation  made jointly by

both the defendant and the government.

13.  This is the entire agreement and understanding between the United States and the

defendant.  There are no other agreements, promises, representations, or understandings between the

defendant and the United States.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 10/18/10

By: _____
BRIAN DOBBINS
ASSISTANT UNITED STATES ATTORNEY

Date: 10/18/10

By: _____
GEORGE VILA, ESQ.
ATTORNEY FOR DEFENDANT

Date: 1/11/11

By: _____
GIOVANNI MORALES
DEFENDANT

6