UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 10-20453-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GIOVANNI MORALES,

    Defendant.
_____/

### ORDER GRANTING TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon Defendant's Motion for Early Termination of Supervised Release, (D.E. 121).

**THE COURT** has reviewed the record, and notes that the Assistant U.S. Attorney and the United States Probation Officer has no objections to the relief requested, it is hereby,

**ORDERED AND ADJUDGED** that Defendant's Motion for Early Termination of Supervised Release term is **Granted**. The Defendant's term of Supervised Release is hereby terminated as of the date of this order.

**DONE AND ORDERED** in Chambers at Miami, Florida this 16th day of January, 2014.

                DONALD L. GRAHAM
                UNITED STATES DISTRICT JUDGE

Copied: George J. Vila, Esq.
       Brian Dobbins, AUSA
       Albin F. Calixte, USPO